UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME TORRES, | No. 2:16-cv-0385 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| SUZANNE M. PEERY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On September 27, 2016, respondent lodged relevant portions of the state court record in this case. (See ECF No. 22.) It has come to the court's attention that the document lodged as "Lodged Document 34" and described in respondent's Notice of Lodging Documents in Paper Format as the Petition for Review in California Supreme Court case no. S231285 is, in fact, a second copy of petitioner's Petition for Review in case no. S217351.

////
////
////
////
////

1

Within ten days of the date of this order, respondent shall file a notice of lodging and lodge a copy of petitioner's Petition for Review to the California Supreme Court in case no. S231285.

IT IS SO ORDERED.

Dated: March 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/torr0385.record